E-FILED 2020 JUL 07 12:41 PM FREMONT - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR FREMONT COUNTY

| | |
|---|---|
| PHILLIP JAMES BOARDMAN, as Personal Representative of the Estate of ANDREW CHARLES BOARDMAN, LARRY BOARDMAN AND MARILYN BOARDMAN<br><br>Plaintiffs,<br>vs.<br><br>MARGIE CASTRO and 504 LOGISTICS, LLC<br><br>Defendants. | Law No.<br><br>**PLAINTIFF'S PETITION AT LAW** |

COME NOW Plaintiffs, Phillip James Boardman, as Personal Representative of the Estate of Andrew Charles Boardman, Deceased, Larry Boardman, and Marilyn Boardman, by and through their attorney, John C. Bush of Bush, Motto, Creen, Koury & Halligan, P.L.C., and for his causes of action against the Defendants, Margie Castro and 504 Logistics, LLC state as follows:

### COMMON ALLEGATIONS

1. Plaintiff, Phillip James Boardman, is the brother of the deceased, Andrew Charles Boardman, and a resident of Red Oak, Iowa and is the duly appointed, qualified and acting Personal Representative of the Estate of Andrew Charles Boardman pursuant to Court Order dated June 26, 2020, filed in the Nebraska District Court in and for Cass County, Probate No. PRO 20-43. Attached hereto and incorporated are copies of the Letters of Personal Representative, attached as <u>Exhibit A</u>.

2. Andrew Charles Boardman was born on February 3, 1982 and died on June 4, 2020, as a result of injuries suffered in the motorcycle and vehicle collision referred to below.

1

3. Deceased, Andrew Charles Boardman, was the natural father of daughter, Zoe Aryanna Johnson, daughter, Destiny Rae Boardman, and son, Andrew Mykl Boardman. Larry Boardman and Marilyn Boardman were the natural parents of Deceased, Andrew Charles Boardman.

4. Defendant, Margie Castro is a resident of Houston, Texas.

5. Defendant, 504 Logistics, LLC is a corporation duly organized and existing under the laws of the State of Texas and was driving through Fremont County, Iowa at the time of the subject collision.

6. That at all times material hereto, Defendant Margie Castro was the driver of a red, 2012 Volvo tractor semi.

7. That at all times material hereto, Defendant, 504 Logistics, LLC was the owner of a red, 2012 Volvo tractor semi being driven by Defendant, Margie Castro at the time of the subject collision.

8. That at all times material hereto, Defendant Margie Castro was driving the red, 2012 Volvo tractor semi with the knowledge and permission of its owner, Defendant, 504 Logistics, LLC.

9. That on or about June 4, 2020 at approximately 6:50 a.m., Defendant Margie Castro was driving eastbound on State Highway 2, in the left turn lane, preparing to turn left onto the northbound Interstate 29 on ramp.

10. That on or about June 4, 2020 at approximately 6:50 a.m., Decedent, Andrew Charles Boardman was driving a motorcycle westbound on State Highway 2.

11. That Defendant, Margie Castro turned left off of Highway 2 onto the northbound Interstate 29 on ramp, and in the process turned in front of decedent, Andrew Charles

Boardman's oncoming motorcycle.

12. That Defendant, Margie Castro failed to yield the right-of-way to Decedent, Andrew Charles Boardman's vehicle and collided with the motorcycle being driven by Decedent, Andrew Charles Boardman.

13. That Defendant, Margie Castro was cited for an improper turn and failure to yield the right-of-way.

## COUNT I – NEGLIGENCE-MARGIE CASTRO

14. Plaintiffs replead and restate paragraphs 1-13 of the Common Allegations previously set forth in this Petition as if the same were set forth herein verbatim.

15. That the aforementioned collision was caused by certain acts and/or omissions on the part of Defendant, Margie Castro, all of which constitute negligence and/or fault, including, but not limited to:

    a) Failure to maintain a proper lookout;

    b) Failure to yield to oncoming traffic;

    c) Making an improper left turn;

    d) Failure to maintain proper control of her motor vehicle; and

    e) Failure to exercise ordinary care in the operation of her motor vehicle.

16. That as a direct and proximate result of the negligence of Defendant, Margie Castro, Andrew Charles Boardman suffered mental pain and suffering prior to his death and a loss of enjoyment of life.

17. That the amount in controversy exceeds five thousand dollars ($5,000.00).

**WHEREFORE** Plaintiff, Phillip James Boardman, as Personal Representative of the

Estate of Andrew Charles Boardman, deceased prays that he have and recover judgment against the Defendant, Margie Castro in an amount sufficient to compensate them for damages, together with costs and interest as provided by law.

## COUNT II-NEGLIGENCE-504 LOGISTICS, LLC

18. Plaintiffs replead and restate paragraphs 1-17 above previously set forth in this petition as if the same were set forth herein verbatim.

19. That at all material times hereto, based upon information and belief, Defendant, Margie Castro was working in the course and scope of her employment with 504 Logistics, LLC.

20. That Defendant, 504 Logistics, LLC was negligent for the actions and omissions of Defendant, Margie Castro under the theories of respondeat superior, agency, corporate liability, and vicarious liability.

21. That the amount in controversy exceeds five thousand dollars ($5,000.00).

**WHEREFORE** Plaintiff, Phillip James Boardman, as Personal Representative of the Estate of Andrew Charles Boardman, deceased prays that he have and recover judgment against the Defendant, 504 Logistics, LLC in an amount sufficient to compensate Plaintiff for damages, together with costs and interest as provided by law.

## COUNT III – LOSS OF CONSORTIUM- ZOE ARYANNA JOHNSON

22. Plaintiff, Phillip James Boardman, as Personal Representative of the Estate of Andrew Charles Boardman, deceased, repleads and restates paragraphs 1-17 above previously set forth in this petition as if the same were set forth herein verbatim.

23. That as a direct and proximate result of the negligence of the Defendants, Zoe Aryanna Johnson, daughter of Deceased, Andrew Charles Boardman:

    a. Sustained and will sustain mental and emotional pain and suffering; and

    b. Has been and will be deprived of the services, companionship and society of her father, Andrew Charles Boardman.

24. That Defendant, Margie Castro was negligent in her driving as set forth above and that Defendant, 504 Logistics, LLC was negligent under the theories of respondeat superior, agency, corporate liability and vicarious liability.

25. That as a direct and proximate result of the negligence of Defendants, Zoe Aryanna Johnson's father was severely injured and died prematurely.

26. That as a direct and proximate result of the negligence of Defendants, Zoe Aryanna Johnson's father suffered physical and mental pain and suffering prior to his death and a loss of enjoyment of life.

27. That the amount in controversy exceeds five thousand dollars ($5,000.00).

**WHEREFORE** Plaintiff, Phillip James Boardman, as Personal Representative of the Estate of Andrew Charles Boardman, deceased, and on behalf of Zoe Aryanna Johnson, prays that he has and recover judgment against the Defendants in an amount sufficient to compensate Zoe Aryanna Johnson for damages, together with costs and interest as provided by law.

### COUNT IV – LOSS OF CONSORTIUM- DESTINY RAE BOARDMAN

28. Plaintiff, Phillip James Boardman, as Personal Representative of the Estate of Andrew Charles Boardman, deceased, repleads and restates paragraphs 1-17 above previously set forth in this petition as if the same were set forth herein verbatim.

29. That as a direct and proximate result of the negligence of the Defendants, Destiny Rae Boardman, daughter of Deceased, Andrew Charles Boardman:

    a.    Sustained and will sustain mental and emotional pain and suffering; and

    b.    Has been and will be deprived of the services, companionship and society of her father, Andrew Charles Boardman.

30. That Defendant, Margie Castro was negligent in her driving as set forth above and that Defendant, 504 Logistics was negligent under the theories of respondeat superior, agency, corporate liability and vicarious liability.

31. That as a direct and proximate result of the negligence of Defendants, Destiny Rae Boardman's father was severely injured and died prematurely.

32. That as a direct and proximate result of the negligence of Defendants, Destiny Rae Boardman's father suffered physical and mental pain and suffering prior to his death and a loss of enjoyment of life.

33. That the amount in controversy exceeds five thousand dollars ($5,000.00).

**WHEREFORE** Plaintiff, Phillip James Boardman, as Personal Representative of the Estate of Andrew Charles Boardman, deceased, and on behalf of Destiny Rae Boardman, prays that he has and recover judgment against the Defendants in an amount sufficient to compensate Destiny Rae Boardman for damages, together with costs and interest as provided by law.

### COUNT V – LOSS OF CONSORTIUM- ANDREW MIKL BOARDMAN

34. Plaintiff, Phillip James Boardman, as Personal Representative of the Estate of Andrew Charles Boardman, deceased, repleads and restates paragraphs 1-17 above previously set forth in this petition as if the same were set forth herein verbatim.

35. That as a direct and proximate result of the negligence of Defendants, Andrew Mykl Boardman, son of deceased Andrew Charles Bordman:

6

    a.    Sustained and will sustain mental and emotional pain and suffering;

    b.    Has been and will be deprived of the services, companionship and society of his father, Andrew Charles Boardman;

36. That Defendant, Margie Castro was negligent in her driving as set forth above and that Defendant, 504 Logistics was negligent under the theories of respondeat superior, agency, corporate liability and vicarious liability.

37. That as a direct and proximate result of the negligence of Defendants, Andrew Mykl Boardman's father was severely injured and died prematurely.

38. That as a direct and proximate result of the negligence of Defendants, Andrew Mykl Boardman's father suffered physical and mental pain and suffering prior to his death and a loss of enjoyment of life.

39. That the amount in controversy exceeds five thousand dollars ($5,000.00).

**WHEREFORE** Plaintiff, Phillip James Boardman, as Personal Representative of the Estate of Andrew Charles Boardman, deceased, and on behalf of Andrew Mykl Boardman, prays that Andrew Mykl Boardman has and recover judgment against the Defendants in an amount sufficient to compensate him for damages, together with costs and interest as provided by law.

## COUNT VI – LOSS OF CONSORTIUM- LARRY BOARDMAN

40. Plaintiff, Larry Boardman repleads and restates paragraphs 1-17 above previously set forth in this petition as if the same were set forth herein verbatim.

41. That as a direct and proximate result of the negligence of Defendants, Larry Boardman, father of deceased, Andrew Charles Boardman:

    a.    Sustained and will sustain mental and emotional pain and suffering;

    b.    Has been and will be deprived of the services, companionship and society of his son, Andrew Charles Boardman;

42.    That Defendant, Margie Castro was negligent in her driving as set forth above and that Defendant, 504 Logistics, LLC was negligent under the theories of respondeat superior, agency, corporate liability and vicarious liability.

43.    That as a direct and proximate result of the negligence of Defendants, Larry Boardman's son was severely injured and died prematurely.

44.    That as a direct and proximate result of the negligence of Defendants, Larry Boardman's son suffered physical and mental pain and suffering prior to his death and a loss of enjoyment of life.

45.    That the amount in controversy exceeds five thousand dollars ($5,000.00).

**WHEREFORE** Plaintiff, Larry Boardman, prays that he has and recover judgment against the Defendants in an amount sufficient to compensate him for damages, together with costs and interest as provided by law.

### COUNT VII – LOSS OF CONSORTIUM- MARILYN BOARDMAN

46.    Plaintiff, Marilyn Boardman repleads and restates paragraphs 1-17 above previously set forth in this petition as if the same were set forth herein verbatim.

47.    That as a direct and proximate result of the negligence of Defendants, Marilyn Boardman, mother of deceased Andrew Charles Boardman:

    a.    Sustained and will sustain mental and emotional pain and suffering;

    b.    Has been and will be deprived of the services, companionship and society of her son, Andrew Charles Boardman;

48. That Defendant, Margie Castro was negligent in her driving as set forth above and that Defendant, 504 Logistics, LLC was negligent under the theories of respondeat superior, agency, corporate liability and vicarious liability.

49. That as a direct and proximate result of the negligence of Defendants, Marilyn Boardman's son was severely injured and died prematurely.

50. That as a direct and proximate result of the negligence of Defendants, Marilyn Boardman's son suffered physical and mental pain and suffering prior to his death and a loss of enjoyment of life.

51. That the amount in controversy exceeds five thousand dollars ($5,000.00).

**WHEREFORE** Plaintiff, Marilyn Boardman, prays that he has and recover judgment against the Defendants in an amount sufficient to compensate him for damages, together with costs and interest as provided by law.

RESPECTFULLY SUBMITTED

By:  /s/ John C. Bush
John C. Bush
Bush, Motto, Creen & Koury, P.L.C.
5505 Victoria Avenue. Suite 100
Davenport, IA 52807
Ph: (563) 344-4900
Fax: (563) 344-8961
Email: jbush@bushlegal.com

ATTORNEY FOR PLAINTIFFS

E-FILED 2020 JUL 07 12:41 PM FREMONT - CLERK OF DISTRICT COURT

### IN THE IOWA DISTRICT COURT IN AND FOR FREMONT COUNTY

| | |
|---|---|
| PHILLIP JAMES BOARDMAN, as Personal Representative of the Estate of ANDREW CHARLES BOARDMAN, LARRY BOARDMAN AND MARILYN BOARDMAN<br><br>Plaintiffs,<br>vs.<br><br>MARGIE CASTRO and 504 LOGISTICS, LLC<br><br>Defendants. | LAW NO.<br><br>**JURY DEMAND** |

**COMES NOW** the Plaintiff by and through his attorneys, Bush, Motto, Creen, Koury & Halligan, and hereby demand trial of the issues so triable by jury.

RESPECTFULLY SUBMITTED

By: /s/ *John C. Bush*
John C. Bush AT0012857
Bush, Motto, Creen, Koury & Halligan
5505 Victoria Avenue, Suite 100
Davenport, IA 52807
563.344.4900 (Phone)
563.344.8961 (Fax)
jbush@bushlegal.com
ATTORNEY FOR PLAINTIFF

1

E-FILED 2020 JUL 07 12:41 PM FREMONT - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR FREMONT COUNTY

| | |
|---|---|
| PHILLIP JAMES BOARDMAN, as Personal Representative of the Estate of ANDREW CHARLES BOARDMAN, LARRY BOARDMAN AND MARILYN BOARDMAN<br><br>         Plaintiffs,<br>vs.<br><br>MARGIE CASTRO and<br>504 LOGISTICS, LLC<br><br>         Defendants. | LAW NO.<br><br>**ORIGINAL NOTICE** |

TO THE ABOVE NAMED DEFENDANTS:

You are notified that a petition has been filed in the office of the clerk of this court, naming you as the defendant in this action. A copy of the petition (and any document filed with it) is attached to this notice. The attorneys for the plaintiffs are    John C. Bush , whose address is 5505 Victoria Avenue, Davenport , Iowa  52807 . That attorney's phone number is (563) 344-4900 ; facsimile number (563) 344-8961 .

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for  Fremont  County, at the courthouse in  Sidney , Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA Coordinator at 563-326-8607. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

(SEAL)                                          CLERK OF THE ABOVE COURT

                                                 Fremont  County Courthouse

                                                 Sidney , Iowa  51652

**NOTE:** The attorney who is expected to represent the defendant should be promptly advised by defendant of the service of this notice.

1

E-FILED 2020 JUL 07 2:21 PM FREMONT - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

Case No. LACV025476
County Fremont

Case Title ANDREW BOARDMAN EST ETAL VS M CASTRO/504 LOGISTICS

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(712) 328-5883** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued 07/07/2020 02:21:04 PM



District Clerk of Fremont        County
**/s/ Derrin Williams**

E-FILED  2020 JUL 09 1:40 PM FREMONT - CLERK OF DISTRICT COURT

## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| LACV025476 | IN THE IOWA DISTRICT COURT IN AND FOR FREMONT COUNTY | FREMONT, IO | 4669109 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| PHILLIP JAMES BOARDMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANDREW CHARLES BOARDMAN, LARRY BOARDMAN AND MARILYN BOARDMAN | MARGIE CASTRO AND 504 LOGISTICS, LLC |

| Received by: | For: |
|---|---|
| ABC PROCESS SERVICE | BUSH, MOTTO, CREEN, KOURY & HALLIGAN |

| To be served upon: |
|---|
| 504 LOGISTICS, LLC |

I, KEVIN M. ROUNDTREE, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: MARGIE CASTRO, REGISTERED AGENT FOR 504 LOGISTICS, LLC, 2626 ROYAL SAGE DRIVE, HOUSTON, TX 77088
Manner of Service: Registered Agent, Jul 8, 2020, 6:58 am CDT
Documents: ORIGINAL NOTICE; PLAINTIFF'S PETITION AT LAW; JURY DEMAND (Received Jul 7, 2020 at 3:44pm CDT)

Additional Comments:
1) Successful Attempt: Jul 8, 2020, 6:58 am CDT at 2626 ROYAL SAGE DRIVE, HOUSTON, TX 77088 received by MARGIE CASTRO, REGISTERED AGENT FOR 504 LOGISTICS, LLC. Age: 38; Ethnicity: Latino; Gender: Female; Weight: 170; Height: 5'6"; Hair: Brown; Other: NO GLASSES;

_Kevin M Roundtree_   7/8/2020
KEVIN M. ROUNDTREE          Date
PSC #17799; EXP. 2/28/22

ABC PROCESS SERVICE
4834 Swiss Avenue
Dallas, TX 75204
1-800-361-2611

Subscribed and sworn to before me by the affiant who is personally known to me.

_Lourdes Bourdeth_
Notary Public

7/8/2020      4/3/2024
Date          Commission Expires

LOURDES MARLENE BOURDETH
Notary Public, State of Texas
Comm. Expires 04-03-2024
Notary ID 132426686

E-FILED  2020 JUL 09 1:41 PM FREMONT - CLERK OF DISTRICT COURT

# AFFIDAVIT OF SERVICE

| Case:<br>LACV025476 | Court:<br>IN THE IOWA DISTRICT COURT IN AND FOR FREMONT COUNTY | County:<br>FREMONT, IO | Job:<br>4669098 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>PHILLIP JAMES BOARDMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANDREW CHARLES BOARDMAN, LARRY BOARDMAN AND MARILYN BOARDMAN | | Defendant / Respondent:<br>MARGIE CASTRO AND 504 LOGISTICS, LLC | |
| Received by:<br>ABC PROCESS SERVICE | | For:<br>BUSH, MOTTO, CREEN, KOURY & HALLIGAN | |
| To be served upon:<br>MARGIE CASTRO | | | |

I, KEVIN M. ROUNDTREE, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  MARGIE CASTRO, 2626 ROYAL SAGE DRIVE, HOUSTON, TX 77088
Manner of Service:        Personal/Individual, Jul 8, 2020, 6:58 am CDT
Documents:               ORIGINAL NOTICE; PLAINTIFF'S PETITION AT LAW; JURY DEMAND (Received Jul 7, 2020 at 3:44pm CDT)

Additional Comments:
1) Successful Attempt: Jul 8, 2020, 6:58 am CDT at 2626 ROYAL SAGE DRIVE, HOUSTON, TX 77088 received by MARGIE CASTRO. Age: 38; Ethnicity: Latino; Gender: Female; Weight: 170; Height: 5'6"; Hair: Brown; Other: NO GLASSES;

_Kevin M Roundtree_    7/8/2020
KEVIN M. ROUNDTREE         Date
PSC #17799; EXP. 2/28/22

ABC PROCESS SERVICE
4834 Swiss Avenue
Dallas, TX 75204
1-800-361-2611

Subscribed and sworn to before me by the affiant who is personally known to me.

_Lourdes Bourdeth_
Notary Public
7/8/2020        4/3/2024
Date             Commission Expires

LOURDES MARLENE BOURDETH
Notary Public, State of Texas
Comm. Expires 04-03-2024
Notary ID 132426686

E-FILED 2020 JUL 15 12:13 PM FREMONT - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR FREMONT COUNTY

| | |
|---|---|
| PHILLIP JAMES BOARDMAN, as Personal Representative of the Estate of ANDREW CHARLES BOARDMAN, LARRY BOARDMAN AND MARILYN BOARDMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> MARGIE CASTRO and 504 LOGISTICS, LLC, <br><br> Defendants. | NO. LACV025476 <br><br><br> APPEARANCE OF <br> BENJAMIN M. WESTON |

Attorney Benjamin M. Weston of Lederer Weston Craig PLC respectfully enters his appearance on behalf of Defendants, Margie Castro and 504 Logistics, LLC.

                                          **LEDERER WESTON CRAIG PLC**

                                          By /s/ Benjamin M. Weston
                                           Benjamin M. Weston AT0009704
                                           4401 Westown Parkway, Suite 212
                                           West Des Moines, IA 50266
                                           Phone: (515) 224-3911
                                           Fax: (515) 224-2698
                                           E-Mail: bweston@lwclawyers.com

                                           *ATTORNEYS FOR DEFENDANTS*

Copy to:

John C. Bush
BUSH, MOTTO, CREEN,
KOURY & HALLIGAN, PLC.
5505 Victoria Avenue, Suite 100
Davenport, Iowa 52807
E-mail: jbush@bushlegal.com

*ATTORNEYS FOR PLAINTIFFS*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Court on 7-15, 2020 using the CM/ECF system and served to the parties listed by electronic means through the ECF system.

Signature: /s/ Susan Heiss

E-FILED  2020 JUL 15 12:15 PM FREMONT - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR FREMONT COUNTY

| | |
|---|---|
| PHILLIP JAMES BOARDMAN, as Personal Representative of the Estate of ANDREW CHARLES BOARDMAN, LARRY BOARDMAN AND MARILYN BOARDMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>MARGIE CASTRO and 504 LOGISTICS, LLC,<br><br>Defendants. | NO. LACV025476<br><br><br><br>APPEARANCE OF<br>KENT A. GUMMERT |

Attorney Kent A. Gummert of Lederer Weston Craig PLC respectfully enters his appearance on behalf of Defendants, Margie Castro and 504 Logistics, LLC.

**LEDERER WESTON CRAIG PLC**

By /s/ Kent A. Gummert
Kent A. Gummert   AT0003032
4401 Westown Parkway, Suite 212
West Des Moines, IA  50266
Phone: (515) 224-3911
Fax: (515) 224-2698
E-Mail: kgummert@lwclawyers.com
***ATTORNEYS FOR DEFENDANTS***

Original filed.

Copy to:

John C. Bush
BUSH, MOTTO, CREEN,
KOURY & HALLIGAN, PLC.
5505 Victoria Avenue, Suite 100
Davenport, Iowa 52807
E-mail: jbush@bushlegal.com
***ATTORNEYS FOR PLAINTIFFS***

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was electronically filed with the Court on 7-15, 2020 using the CM/ECF system and served to the parties listed by electronic means through the ECF system.
Signature: _Susan Heiss_

## IOWA DISTRICT COURT IN AND FOR FREMONT COUNTY

| | |
|---|---|
| LARRY BOARDMAN<br>ANDREW CHARLES BOARDMAN ESTATE<br>MARILYN BOARDMAN<br><br>VS.<br><br>504 LOGISTICS, LLC<br>MARGIE CASTRO | CASE NO: 04361 LACV025476<br><br>**NOTICE OF CIVIL TRIAL-<br>SETTING CONFERENCE**<br>**(Use of this form is mandatory.)** |

To the parties or their attorneys of record:

In accordance with Iowa Rule of Civil Procedure 1.906, notice is hereby given that a **\* Trial Scheduling Conference is scheduled on 08/26/2020 at 10:45 AM at the DIRECTIONS BELOW INDICATED FOR SCHEDULING CONFERENCE.**
*This date shall be no earlier than 35 days after and not later than 50 days after any Defendant/ Respondent has answered or appeared unless set sooner by special order on application of one or more parties.

This conference shall be held:
**By telephone with Court Administration's conference line. All Attorneys/Pro Se Parties shall contact the court at 1-866-685-1580 then enter conference code 240-440-6166 with Lori Johannes, Judicial Specialist when prompted.** Attorneys for all parties appearing in the case shall participate at this conference. Parties not represented by counsel shall participate in this conference.

At this trial-setting conference, every case will be set for trial within the time periods provided by Iowa Court Rules Chapter 23, Time Standards for Case Processing.

**Prior to the trial-setting conference, the parties must file a Trial Scheduling and Discovery Plan, Iowa Court Rule 23.5-Form 2 (Form 3 for Expedited Civil Actions).**

In judicial districts that allow it, the parties may, in lieu of holding a trial-setting conference, first file their Trial Scheduling and Discovery Plan and then, prior to the date scheduled for the trial-setting conference, obtain a trial date from court administration that complies with the provisions of Chapter 23. The date will be entered by the Court on the Trial Scheduling and Discovery Plan.

The trial date that is agreed upon at this conference shall be a firm date. Continuances will not be granted, even if all parties agree, unless for a crucial cause that could not have been foreseen.

The Clerk of Court shall notify all counsel of record and parties not represented by counsel.

/s/ Clara McDowell, Judicial Specialist
712-328-5750

If you need assistance to participate in court due to a disability, call the disability coordinator at (712) 328-5883 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**